CAROLINA CASUALTY INSURANCE CO. v.
BELFORD TRUCKING CO., INC.

June 29, 1973. Petition for certification denied. (See 121 *N. J. Super.* 583)

STATE OF NEW JERSEY v. DAVID J. MALLON.

June 29, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. SAMUEL ALDRIDGE.

June 29, 1973. Petition for certification denied.

PUBLIC SERVICE ELECTRIC AND GAS CO. v.
LA FERA CONTRACTING CO.

June 29, 1973. Petition for certification denied.

WILLIAM F. POTEN v. JANE P. POTEN.

June 29, 1973. Petition for certification denied.

GEORGE T. REAM v.
COUNCIL OF THE TOWNSHIP OF EVESHAM.

June 29, 1973. Petition for certification denied.